March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

JAMES MAYO,

                  Defendant(s).
-----------------------------------------------------------X

CONSENT TO PROCEED BY
VIDEOCONFERENCE /Teleconference DF

20 MJ-6053 (  )(  )

Defendant __JAMES MAYO__ hereby voluntarily consents to participate in the following proceeding via videoconferencing: and/or teleconferencing DF

✓ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

✓ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__JAMES MAYO__
Print Defendant's Name

_____
Defense Counsel's Signature

__Christopher Flood__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

06/12/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge
Hon. Debra Freeman, U.S.M.J.